**WO** SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Louis Guillen,<br><br>  Plaintiff,<br><br>vs.<br><br>Quincy Owens, et al.,<br><br>  Defendants. | No. CV 10-0226-PHX-MHM (LOA)<br><br>**ORDER** |

Plaintiff Karl Louis Guillen, who is confined in the Special Management Unit (SMU) I of the Arizona State Prison Complex-Eyman, in Florence, Arizona, commenced this action by filing a motion for leave to exceed the page limit in his *pro se* civil rights Complaint, which is brought under 42 U.S.C. § 1983; a motion to defer filing fees until September 15, 2010; and an Application to Proceed *In Forma Pauperis*. (Doc.# 1, 3, 4, 5.) The Court granted Plaintiff's motion to exceed the page limit and ordered the Complaint filed. (Doc.# 8.) The Court denied the motion to defer filing fees and denied as incomplete his *in forma pauperis* application with leave to pay the filing fee or to file a properly complete *in forma pauperis* application within 30 days. (Id.) Shortly before the filing of that Order, Plaintiff filed a motion to expedite this case. (Doc.# 7.) The Court will deny that motion where Plaintiff has not yet paid the filing fee or filed a properly complete *in forma pauperis* application.

/ / /

**JDDL**

**Warnings**

**A. Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B. Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C. Possible Dismissal**

If Plaintiff fails to timely comply with every provision of the March 26, 2010 Order, doc.# 8), and these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED** that Plaintiff's motion to expedite is **denied**. (Doc.# 7.)

DATED this 5th day of April, 2010.

_____
Mary H. Murguia
United States District Judge