# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl L. Guillen, | No. CV 10-0226-PHX-MHM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Quincy Owens, et al., | |
| Defendants. | |

Plaintiff Karl L. Guillen, who is confined in the Arizona State Prison Complex-Eyman, Special Management Unit I (SMU I), filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. 9.) In an Order filed on July 2, 2010, the Court dismissed the Complaint with leave to amend within 30 days. (Doc. 14.) On July 30, 2010, Plaintiff filed a motion for extension of time to file an amended complaint due to his medical condition. (Doc. 15.) The Court will grant Plaintiff an additional 30 days in which to comply with the Court's July 2, 2010 Order.

**Warnings**

**A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See

**JDDL-K**

LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

### C. Possible Dismissal

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's motion for an extension of time to comply with the July 2, 2010 Order, doc. 14, is **granted** to the extent set forth below. (Doc.15.)

(2) Plaintiff is **granted** an additional **30 days** from the filing date of this Order in which to file a first amended complaint in compliance with the July 2, 2010 Order.

(3) If Plaintiff fails to file an amended complaint within 30 days from the filing date of this Order, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

DATED this 24th day of August, 2010.

_____
Mary H. Murguia
United States District Judge